UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x
In re:                                                       :    Chapter 7
                                                             :
RACHEL UCHITEL, an individual,                               :    Case No. 20-11585 (JLG)
                                                             :
                                    Debtor.                  :
                                                             :
------------------------------------------------------------x

## ORDER REOPENING CASE

Upon the *Motion to Reopen Case to Permit Filing and Adjudication of a Motion for Relief From Stay Nunc Pro Tunc, Pursuant to Section 350(b) of the Bankruptcy Code, Federal Rule of Bankruptcy Procedure 5010, and Local Rule 5010-1* [Dkt. 15] (the "Motion"), seeking an order re-opening the above-captioned case (the "Case") to permit the movant (the "Movant") to file a motion for relief from stay pursuant to 11 U.S.C. § 362 *nunc pro tunc* to September 28, 2020, the point in time after the above-captioned debtor (the "Debtor") filed the Case and before Movant received notice of the filing of the Case, including a "comfort order" that Movant did not violate the automatic stay for action taken before Movant received notice of the Case, and authorizing Movant to continue to prosecute the extant arbitration to enforce a pre-petition undertaking, confidentiality and non-disclosure agreement pursuant to which Debtor received a substantial monetary payment (the "Contemplated MFRS"); and

Upon the Court's consideration of the Motion and of the *Declaration of Michael D. Holtz* filed in support of the Motion [Dkt. 16] (the "Holtz Declaration"), and of the *Request for Judicial Notice of Debtor's Voluntary Petition, Certain Amended Schedules, and Discharge Notice* filed in support of the Motion [Dkt. 17] (the "RJN"); and

Upon the record of this Case and the hearing held on May 28, 2021 (the "Hearing"); and

Upon the Court's review and consideration of any objections and responses thereto, and the Court having found and determined that notice of the Motion was properly served and the relief sought in the Motion is consistent with the purposes of the Bankruptcy Code; and

After due deliberation and sufficient cause appearing therefor, and for the reasons stated on the record of the Hearing:

**IT IS HEREBY ORDERED THAT:**

1. The Motion is granted **as set forth herein [JLG]**.

2. The RJN is granted.

3. The above-captioned Case shall be reopened.

4. Within no more than thirty (30) days after the entry of this Order on the docket of the Case, the Movant shall file and serve its Contemplated MFRS.

5. The court shall retain jurisdiction to adjudicate the Contemplated MFRS and does not hereby express any view as to the merits of the Contemplated MFRS.

Dated:  June 10, 2021
       New York, New York

/s/ *James L. Garrity, Jr.*
HONORABLE JAMES L. GARRITY, JR.
UNITED STATES BANKRUPTCY JUDGE