UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
In re:                                                         :    Chapter 7
                                                               :
RACHEL UCHITEL, an individual,                                 :    Case No. 20-11585 (JLG)
                                                               :
                    Debtor.                                    :
                                                               :
---------------------------------------------------------------x

## AMENDED ORDER SCHEDULING FURTHER BRIEFING AND HEARING

In connection with the *Motion for Relief From Stay Nunc Pro Tunc, Pursuant to Section 362(d)(1) of the Bankruptcy Code, Rules 4001 and 9014 of the Federal Rule of Bankruptcy Procedure, and Local Rule 4001-1*, filed July 8, 2021 [Dkt. 25] together with other related filings seeking an order granting the movant, The Holtz Firm for Party One A and Party One B (collectively, "Movant"), relief from stay *nunc pro tunc* to September 28, 2020 (collectively, the "Motion"); the letter to the Court from Rachel Uchitel, the debtor in the Case ("Debtor"), in opposition to the Motion [Dkt. 30]; argument of counsel on the record of hearings on the Motion on August 10, 2021, August 18, 2021, and August 24, 2021, at which Movant was represented by Jerrold L. Bregman, of Brutzkus Gubner, and Debtor was represented by Maureen T. Bass, of Abrams, Fensterman, Fensterman, Eisman, Formato, Ferrara, Wolf & Carone, LLP; that the form of this Order was submitted jointly by Movant and Debtor (the "Parties"); and the Parties through their respective counsel having agreed amongst themselves on the form and substance of this Order; and sufficient cause appearing therefor:

IT IS HEREBY ORDERED THAT:

1. Debtor may file any further response to the Motion by no later than on or before October 22, 2021;

2. Movant may file any further response in support of the Motion by no later than on or before November 12, 2021; and

3. The Court shall hold a further hearing on the Motion on 12/9/2021 at 10:00 a.m.(ET)

Dated:  December 14, 2021
       New York, New York

                                                   /s/ *James L. Garrity, Jr.*
                                                 HONORABLE AMES L. GARRITY, JR.
                                                 UNITED STATES BANKRUPTCY JUDGE